# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL CASE NO. 5:19-cv-00165-MR

| | |
|---|---|
| ROBERT H. JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KERI L. TRIPLETT, et al., )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on periodic review of the docket.

The Complaint passed initial review on the *pro se* incarcerated Plaintiff's claims against several defendants, including Defendant Keri L. Triplett. The Court ordered the U.S. Marshals Service ("USMS") to locate and serve Defendant Triplett [Doc. 10]. The summons was returned unexecuted on March 30, 2020, with notations indicating that USMS attempted service on February 24, 2020, but that Defendant Triplett is no longer employed at the address listed on the summons. [Doc. 27]. On May 12, 2020, the Court directed USMS to again make reasonable efforts to locate and serve Defendant Triplett and, if unable to serve her, to inform the Court of its reasonable efforts to obtain service. [Doc. 32]. No summons return has been filed to date.

In actions brought *in forma pauperis* under § 1915(d), "[t]he officers of the court shall issue and serve all process, and perform all duties in such cases." 28 U.S.C. § 1915(d); see Fed. R. Civ. P. 4(c)(3) ("At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915….").

USMS is instructed to inform the Court within fourteen (14) days of the status of its attempts to locate and serve Defendant Triplett.

**IT IS THEREFORE ORDERED** that USMS shall inform the Court within **fourteen (14) days of this Order** of the status of its efforts to locate and serve **Defendant Kerri L. Triplett**.

**IT IS SO ORDERED**.

Signed: August 19, 2020

Martin Reidinger
Chief United States District Judge