# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL CASE NO. 5:19-cv-00165-MR

| | |
|---|---|
| ROBERT H. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| KERI L. TRIPLETT, et al., ) | **ORDER** |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendants' Motion for a Sixty (60) Day Extension of the February 11, 2021 Deadline to Complete Discovery [Doc. 57].

Defendants seek a 60-day extension of the deadline to complete discovery and a 30-day extension of the deadline to file dispositive motions because the attorney who has been serving as sole counsel for Defendants, Bradley Owen Wood, recently experienced a medical emergency. A new attorney from the same firm, James R. Morgan, Jr., has now filed a Notice of Appearance. [See Doc. 58]. Mr. Morgan states that he requires time to become familiar with the case and to prepare for and schedule Plaintiff's

deposition.[1] [See Doc. 55 (Order Granting Defendants' Motion to Take Deposition of Incarcerated *Pro Se* Plaintiff)]. Defendant's Motion will be granted for good cause shown.

**IT IS, THEREFORE, ORDERED** that Defendants' Motion for a Sixty (60) Day Extension of the February 11, 2021 Deadline to Complete Discovery [Doc. 57] is **GRANTED**, and the parties shall have until April 12, 2021 to complete discovery and until May 12, 2021 to file dispositive motions.

**IT IS SO ORDERED.**

Signed: February 1, 2021

Martin Reidinger
Chief United States District Judge

---

[1] Mr. Wood is expected to return to work at some point but no date has been provided.