# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL CASE NO. 5:19-cv-00165-MR

| | |
|---|---|
| ROBERT H. JOHNSON, | ) |
| Plaintiff, | ) |
| vs. | ) |
| KERI L. TRIPLETT, et al., | )     **ORDER** |
| Defendants. | ) |

**THIS MATTER** is before the Court *sua sponte*.

The U.S. Marshal is ordered to serve the subpoena [Doc. 90] that was transmitted by the Clerk on May 28, 2021 on Len Hagaman. [See Doc. 88].

**IT IS, THEREFORE, ORDERED** that the U.S. Marshal shall serve the subpoena [Doc. 90] on Len Hagaman.

**IT IS SO ORDERED.**

Signed: June 1, 2021

Martin Reidinger
Chief United States District Judge